IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MAXIMO HERNANDEZ, JR.,

    Plaintiff,

vs.                                              Civ. No. 02-186 JP/WWD ACE

UNITED STATES DEPARTMENT OF THE
AIR FORCE,

    Defendant.

## MEMORANDUM OPINION AND ORDER

This matter having come before the Court upon the Motion for Sanctions and to Strike Defendant's Motion filed June 25, 2002 [docket no. 12]; and the Court finding that the motion is not well taken;

**IT IS ORDERED** that the Motion for Sanctions and to Strike Defendant's Motion filed June 25, 2002 [docket no. 12] be, and it is hereby, DENIED.

_____
UNITED STATES MAGISTRATE JUDGE